Richard J. Nicolaus
1405 E. Guadalupe, #245
Tempe, AZ 85283
480-703-4438

```
                    FILED ___ LODGED
                ___ RECEIVED ___ COPY

                    JAN 3 1 2013

                CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                BY _____ M. DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard J. Nicolaus, DBA AZNETCO, ) | Case No.: CV-13-8025-PCT-PGR |
| Plaintiff, ) | |
| vs. ) | COMPLAINT |
| Havasupai Tribe of Arizona, ) | |
| Defendant ) | |

**Jurisdiction**

1. The Plaintiff is a resident of the State of Arizona, United States of America.

2. The Defendant is a Native American tribe within the State of Arizona, United States of America.

**Complaint**

Plaintiff Richard J. Nicolaus, DBA AZNETCO brings forth the following causes of action and alleges the following:

1. Plaintiff is an individual and resident of Tempe, Arizona.

2. Defendant is a Native American tribe and at the time of this complaint, a resident of Supai, AZ, USA.

3. The WIPO decision, Case No. D2012-2030, awarding the Defendant the disputed domain name <havasupaitribe.com> should be overturned.

4.      Since September 15, 2008, Defendant has disavowed ownership or interest in the disputed domain by posting the following statement on their website (http://www.havasupai-nsn.gov/):

> "The website havasupaitribe.com is not authorized by or affiliated with the Havasupai Tribe in any manner. It is owned by AzNetCo, a FOR PROFIT NON INDIAN business entity operating out of Chandler, Arizona. AzNetCo is not affiliated with the Havasupai Tribal Government. The information provided on www.havasupaitribe.com is not obtained from the Havasupai Tribal Council, is not authorized by the Tribe, and the website does not represent the Havasupai Tribe and its members."

This statement still exists on the site.

5.      The Defendant actively refused to reimburse the Plaintiff for costs for renewing DNS, website hosting, yet Plaintiff continued to pay the hosting and DNS costs so the site would remain active.  Since many attempts to recover costs through invoicing the Defendant went unanswered and Plaintiff was told "you simply are not getting paid for those invoices", the Plaintiff assumed the Defendant had no interest in the disputed domain, yet Plaintiff maintained it, which provides traffic that benefits the Defendant's tourism income immensely.

**DEMAND**

WHEREFORE, Plaintiff seeks denial of the awarding of the domain name <havasupaitribe.com> to the Defendant.

Dated this 31st day of January, 2013

Richard J. Nicolaus
1402 E. Guadalupe, #245
Tempe, AZ 85283
480-703-4438

Complaint - 2